CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 13 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MARCIA C. AKERS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07CV00067 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF** | ) | By: James P. Jones |
| **SOCIAL SECURITY,** | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed October 21, 2008, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1.    The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.    The motions for summary judgment by the parties are DENIED;

3.    The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4.    The clerk will close this case.

ENTER:  November 13, 2008

_____
Chief United States District Judge